IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JUSTIN HAMBRICK, )
)
    Petitioner, )
)
v. ) CASE NO. CV416-160
)            CR415-026
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is Petitioner's Motion for Reconsideration. (Doc. 8.) After careful consideration of the record in this case, the Court sees no reason to overturn its prior ruling. Petitioner's motion is **DENIED**.

SO ORDERED this 8th day of May 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA